# UNITED STATES DISTRICT COURT
## District of Minnesota

Mayra Janeth Chasi-Chiluisa,

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-337 (KMM/JFD)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Petitioner. Such release shall be on the same terms and conditions that governed Mayra C.-C. through the original release order. Because her return to Minnesota if she was moved was previously ordered, the Court assumes that she will be released within the District.
4. Finally, the Court **ORDERS** Respondents to advise the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/19/2026

KATE M. FOGARTY, CLERK